The Honorable S. Kate Vaughan

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

DWIGHT CHRISTIANSON HENLINE,

Defendant.

CASE No.   MJ22-182

COMPLAINT for VIOLATION

Title 18, United States Code, Section 844(i)

BEFORE, the Honorable S. Kate Vaughan, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT ONE

### (Arson)

On or about April 6, 2022, at San Juan County, within the Western District of Washington, DWIGHT CHRISTIANSON HENLINE maliciously damaged and destroyed, by means of fire, a building that is used in interstate and foreign commerce and for an activity affecting interstate and foreign commerce, located at 40 Spring Street (Crystal Seas Kayaking, San Juan Property Management, and San Juan Excursions), Friday Harbor, Washington.

All in violation of Title 18, United States Code, Section 844(i).

Complaint- 1
*United States v. Henline*, USAO 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

And the complainant states that this Complaint is based on the following information:

I, Natalia Vorotnikova, being first duly sworn on oath, depose and say:

**TRAINING AND EXPERIENCE**

1.      I am a Special Agent with the United States Department of Justice (DOJ), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since March 8, 2018. I am currently assigned to the Seattle Field Division in Tacoma, Washington, where I am assigned to the Seattle III Field Office. The Seattle III Field Office is mainly responsible for investigating arson- and explosives-related incidents. I also enforce federal criminal laws relating to the unlawful possession, use of and trafficking of firearms, and investigate individuals who illegally use firearms to commit violent crimes. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for offenses enumerated in Title 18, United states Code, Section 2516.

2.      I received formal training at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. I successfully completed the Criminal Investigators Training Program (CITP), which familiarized me with basic narcotic investigations, drug identification, drug detection, familiarization with United States narcotics laws, financial investigations, money laundering, identification and seizure of drug-related assets, organized crime investigations, physical and electronic surveillance and undercover operations. In addition, I successfully completed a fourteen-week, ATF Special Agent Basic Training (SABT) course in Glynco, Georgia. SABT included comprehensive, formalized instruction in, amongst other things: firearms identification, firearms trafficking, arson investigations, explosives identification and investigation along with alcohol and tobacco diversion. I have a Bachelor of Science Degree in Criminal Justice from Winona State University in Winona, Minnesota.

Complaint- 2
*United States v. Henline*, USAO 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3.      As noted above, I am responsible for investigations involving specified unlawful activities, to include violent crimes involving firearms and arsons that occur in the Western District of Washington. I am also responsible for enforcing federal firearms and explosives laws and related statutes in the Western District of Washington. I received training on the proper investigative techniques for these violations, including the identification of firearms and the location of the firearms' manufacture. I have actively participated in investigations of criminal activity, including but not limited to: crimes against persons, crimes against property, narcotics-related crimes, crimes involving the possession and use, theft, or transfer of firearms, and arson. During these investigations, I have also participated in the execution of search warrants and the seizure of evidence indicating the commission of criminal violations.

4.      The facts set forth in this Affidavit are based on my personal knowledge; information obtained from other individuals during my participation in this investigation, including other law enforcement officers; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. Because this Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint, it does not set forth every fact that I and others have learned during this investigation.

## PURPOSE OF AFFIDAVIT

5.      This Affidavit is made in support of a Complaint against DWIGHT CHRISTIANSON HENLINE for one count of *Arson*, in violation of Title 18, United States Code, Section 844(i).

## INVESTIGATION AND PROBABLE CAUSE

### The Fire

6.      On Thursday, April 7, 2022, at approximately 3:43 a.m., the San Juan County Sheriff's Office (SJCSO) dispatch received a call from a citizen who reported he observed flames emanating from the rear of the Crystal Seas Kayaking building located

Complaint- 3
*United States v. Henline*, USAO 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

at 40 Spring Street, Friday Harbor, Washington. San Juan County Fire Department units arrived to fight the fire, including elements from Orcas and Lopez Island Fire Departments. Fire units continued to fight the fire until approximately mid-day, April 7, 2022. The fire spread to the adjacent buildings located southwest of Crystal Seas Kayaking, which housed the businesses Windermere Real Estate, Crow's Nest Coffee, and Herb's Tavern, resulting in severe damage to or total destruction of those businesses. Cost estimates are ongoing, but are projected to be in the millions of dollars. San Juan County requested assistance from ATF to investigate the cause and origin of the fire.

7.      From April 9, 2022 through April 13, 2022, subject matter experts from the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) National Response Team (NRT) processed the scene to determine the origin and cause of the fire. The team included certified fire investigators, certified explosive specialists, electrical engineers, fire protection engineers, and other specialists. The scientific method was followed during the course of the scene investigation. As investigators collected and analyzed data, numerous hypotheses were developed and considered. Investigators considered all reasonable causes/ignition hypotheses that were supported by evidence, including accidental, natural, and willful action. Personnel interviewed witnesses, assessed fire patterns, and analyzed fire dynamics relevant to the scene.

a.      Investigators located and recovered video from a Nest Security System in the Windermere Real Estate Office. Windermere is housed at 50 Spring Street, immediately adjacent to Crystal Seas Kayaking. One of the cameras inside Windermere was set in a rear conference room, pointing towards the back of the building. The windows in that conference room were adjacent to and looked out at the rear wooden deck area of the Crystal Seas Kayaking building. However, on the evening of April 6, 2022, the shades to those windows were closed.

Although the shades were closed, the video captured a bright flash of light at approximately 10:04 p.m. on April 6, 2022 (*Figure 1*). The flash of light lasted

for approximately 34 seconds and then began to flicker and diminish in brightness. The audio also captured a crackling sound.



*Figure 1*

b.      At approximately 3:15 a.m. on April 7, 2022, the Windermere Real Estate Office's Nest Security System began capturing a glow through the windows and the glass door of the conference room. The glow continued to intensify.

c.      At approximately 03:38 a.m., a glow consistent with fire and what appeared to be white smoke were observed outside the windows and the glass door (*Figure 2*). The camera subsequently went offline.

Complaint- 5
*United States v. Henline*, USAO 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



*Figure 2*

      d.    Investigators excavated and sifted the rear portion of the building and deck area behind Crystal Seas Kayaking. Investigators examined the electrical system and components within the same area and eliminated them as a potential cause of the fire. Investigators considered potential accidental fire causes and tested them against the available data, then subsequently eliminated them as a cause of the fire.

/ / /

/ / /

Complaint- 6
*United States v. Henline*, USAO 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

e.      Based upon witness statements, fire patterns and fire dynamics, including an analysis of CCTV video, it is the combined opinion of the subject matter experts from the ATF National Response Team that the fire originated on the lower rear wooden deck behind Crystal Seas Kayaking. The cause of the fire was an ignitable liquid being introduced into the fire scene and ignited. After an ignitable liquid is ignited, the fire grows rapidly in intensity, producing bright light. As the ignitable liquid is consumed, the fire and the light it produces diminish. When there are other fuels—like a wooden deck—the fire may smolder for some time before again increasing in intensity as these other fuels are consumed. ATF experts have observed similar fire dynamics in laboratory settings where ignitable liquids were used.

f.      Due to analysis of the previously stated data, ATF has classified the fire as incendiary. In this context, incendiary means that the fire did not have an accidental or natural cause. Instead, it was intentionally started.

### *Identification of Henline in the Vicinity of the Fire When It Began*

8.      During their investigation, ATF Special Agents and SJCSO personnel collected video from several businesses and government agencies in the vicinity of 40 Spring Street. Analysis of selected video feeds show the following:

a.      Investigators located and reviewed surveillance footage from the camera located on the Port of Friday Harbor dock. The camera was facing approximately southwest toward the intersection of Front Street and Spring Street. On April 6, 2022, at approximately 10:05 p.m., investigators observed a subject walking quickly from the area near the Cask and Schooner toward the ferry landing. The Cask and Schooner is a restaurant adjacent to the Crystal Seas Kayaking building (on the other side from Windermere) and the scene of the fire.

This video was not of a quality that allowed investigators to specifically identify the subject, because of the distance from the intersection and the dark conditions, but it did allow for continuous tracking of the subject's movements.

Complaint- 7
*United States v. Henline*, USAO 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

After coming into view at 10:05 p.m., the subject appeared to walk down the stairs towards the lower deck area of Friday Harbor Ice Cream Co. at approximately 10:06 p.m. Friday Harbor Ice Cream Co. is located at 1 Front Street South in Friday Harbor, northeast of the fire scene. There are no open businesses in this lower deck area; rather, it is under the ice cream shop along the harbor.

After a short period, the subject then walked back upstairs and around the front of the ice cream business toward the ferry landing, this time pulling a rolling suitcase. (Note: Footage from the same surveillance camera earlier that same evening showed a subject consistent with the subject mentioned above bringing a rolling suitcase down the stairs to the Friday Harbor Ice Cream Co.'s lower deck area at approximately 7:50 p.m., then walking up the stairs without the suitcase at approximately 8:10 p.m. The same subject appeared to re-enter the deck area on multiple occasions between 8:24 p.m. and 9:37 p.m., always leaving the suitcase behind.)

b. Investigators did not locate any video that showed individuals other than this subject in the general vicinity of the Crystal Seas Kayaking building at the time the fire began, at approximately 10:04 p.m., although investigators did not locate any video that showed the building at 40 Spring Street itself.

c. Investigators obtained photos from surveillance video from the Washington State Patrol. One of the photos depicted the passenger area of the Friday Harbor Ferry Terminal. On April 6, 2022, at approximately 10:12 p.m., a subject consistent with the subject that retrieved a suitcase walked towards the ferry's walk-on passenger loading area (*Figure 3*). The subject appeared to be coming from the direction of the Friday Harbor Ice Cream Co., and the time required to walk that short distance is consistent with the subject being the person who retrieved the suitcase. There were few passengers in the passenger ferry terminal that evening, and the subject was the only one pulling a rolling suitcase. The subject ultimately the boarded the Washington State Ferry bound for

Complaint- 8
*United States v. Henline*, USAO 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Anacortes, Washington, at 10:24 p.m. The ferry departed at 10:38 p.m. for the approximately 65-minute ride to Anacortes.



*Figure 3*

d.      At 11:52 p.m., Washington State Patrol provided a photo depicting the subject walking through the passenger area of the ferry (***Figure 4***). The photo was of a quality that allowed for recognition of articles of clothing and the subject's general features, but a clear shot of his face was not available. The subject appeared to be a white male with medium length dark hair. The subject was wearing a camouflage baseball cap, an olive drab T-shirt, possible camouflage pants, military-style boots, dark-colored gloves, and a dark watch on his left wrist. A large fixed-blade knife was observed in a holster on his left hip.

Complaint- 9
*United States v. Henline*, USAO 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



***Figure 4***

     e.     At approximately 11:57 p.m., the subject disembarked the ferry upon its arrival in Anacortes. At approximately 12:04 a.m. on April 7, 2022, the subject entered a dark-colored sedan and departed the ferry lot (***Figure 5***).

Complaint- 10
*United States v. Henline*, USAO 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23



***Figure 5***

24    9.    This subject on the ferry was ultimately identified as Henline as discussed

25  below. Henline was known to San Juan County law enforcement personnel, and his

26  actions had generated several calls for service in Friday Harbor on April 6, 2022, such

27  that sheriff's deputies and others interacted with him that day before he departed Friday

28  Harbor on the ferry.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

a.     SJCSO Case # 22-2060: At approximately 3:15 p.m. on April 6, 2022, SJCSO deputies responded to a burglary in progress at Saint Francis Catholic Church, located at 425 Price Street in Friday Harbor, Washington. This church is about a half mile, 10- to 15-minute walk from the scene of the fire at 40 Spring Street. The complainant, Henline's former roommate E.K., told deputies he observed a subject that looked like Henline entering the structure. Deputies did not locate any subjects on the church's premises.

b.     SJCSO Case # 22-2066: At 5:44 p.m. on April 6, 2022, complainant J.B. identified Henline by name and stated Henline had harassed him and his girlfriend, A.C., by making veiled threats that he was going to "come after" the complainant when he least suspected it. A.C. had formerly dated Henline, and Henline was alleged to have followed her to Friday Harbor after they broke up. The complainant was advised to obtain an anti-harassment order.

c.     SJCSO Case # 22-2068: At 6:23 p.m. on April 6, 2022, a complainant asked law enforcement to trespass Henline, whom she identified by name, from the Presbyterian Church properties located at 395 Spring Street in Friday Harbor, Washington. The Presbyterian church is only three or four blocks and a five-minute walk from the scene of the fire at 40 Spring Street. The complainant asked that Henline be trespassed because of his "hostile and creepy" behavior at an Alcoholics Anonymous meeting that morning at the church. SJCSO Deputy Jay Holt located Henline at his van, a 1999 Mercury Villager bearing Washington license plate BLG0649. The vehicle was parked at Washington State Ferries Lot C, which is approximately three blocks from the location of the fire. Deputy Holt served Henline with the trespass notice at approximately 7:15 p.m. Henline told Deputy Holt that he was intending to leave the island the following day to return to Oak Harbor. Henline further told Deputy Holt that he had a suitcase at the church that he needed to retrieve. A bystander who had towed Henline's vehicle to the lot advised he would retrieve the suitcase.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1       10.    In addition to the cases listed above, the SJCSO has a number of historical

2 records involving Henline.

          a.    Deputy Holt arrested Henline after a collision on July 8, 2021,

because he was driving under the influence of alcohol or intoxicants. Deputy Holt

found that Henline was in possession of a firearm, which he was ineligible to

possess due to a previous domestic violence conviction (21-5890).

          b.    On February 5, 2022, Deputy Holt again had contact with Henline,

this time regarding arguments he was having with his roommate, E.K. (22-

000822). Through that investigation, Deputy Holt learned Henline was living with

E.K. at E.K.'s residence in Friday Harbor, Washington, and that Henline was

using his van to store personal items.

          c.    On February 22, 2022, Henline made a report to law enforcement

claiming that E.K. had committed the offense of unlawful weapons possession.

E.K. was subsequently arrested for unlawful possession of firearms, and Henline

moved out of E.K.'s residence. While reporting the unlawful possession of

firearms by E.K., Henline provided law enforcement with his own phone number:

(360) 544-2519. (Note: During the arson investigation, the investigators

researched phone number (360) 544-2519 and found information linking it to Julie

(J.) Harrop. During further research, J. Harrop was identified as Henline's

mother.)

      11.    On April 11, 2022, ATF SA Ellen Michelin, a member of the National

Response Team on site to help with the investigation, interviewed Deputy Holt regarding

his contacts with Henline. Deputy Holt described the clothing worn by Henline during the

law enforcement contact on April 6, 2022, and it was consistent with the photo of a

subject walking though the ferry passenger area provided by Washington State Patrol.

ATF investigators showed Deputy Holt a still photo of the subject walking through the

passenger area of the ferry on April 6, 2022, and he positively identified Henline as that

subject. This is the same subject who walked from the area of the Cask and Schooner at

Complaint- 13
*United States v. Henline*, USAO 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  10:05 p.m., went to obtain the suitcase at 10:06 p.m. at Friday Harbor Ice Cream Co.,
2  entered the ferry's passenger waiting area at 10:12 p.m., and boarded the ferry at 10:24
3  p.m., all on April 6, 2022.

4      12.    SJCSO Detective Lukas Peter, who was working on the investigation with
5  ATF agents, separately showed the same still photo to his colleague SJCSO Deputy
6  Nawn. Deputy Nawn, who has also had prior law enforcement contact with Henline, also
7  positively identified Henline as the subject on the ferry based on his prior interactions
8  with him. Deputies Nawn and Holt were both able to identify Henline based on his
9  unique physical features.

10     13.    On April 11, 2022, Detective Peter interviewed A.C., Henline's former
11  girlfriend. A.C. said she dated Henline for approximately two years, ending the
12  relationship in January 2021. A.C. said she lived with Henline on Whidbey Island, then
13  moved back to San Juan Island after their breakup. A.C. said Henline also moved up to
14  San Juan Island and had been behaving strangely since. A.C. reported that Henline's
15  demeanor was erratic; sometimes he asked to hang out with her and sometimes he
16  threatened to kill her through unspecified means. A.C. said that on or about April 6, 2022,
17  Henline appeared to be intoxicated in a vacant lot near Spring Street and was yelling
18  veiled threats about "getting" her and her new boyfriend. A.C. said she heard that
19  Henline had left the island.

20                          Henline's Activities on April 6, 2022

21     14.    ATF agents reviewed high quality surveillance footage collected from
22  King's Market, a grocery store located at 160 Spring Street in Friday Harbor, across the
23  street from Herb's Tavern, which is one of the buildings destroyed in the fire. The video
24  depicted a subject—who was clothed similarly to the subject identified as Henline—
25  purchasing three items, which were later determined to be two Monster energy drinks and
26  one bag of M&Ms, and paying with a card at 5:04 p.m. (Note: The receipt for 5:04 p.m.
27  purchase was subsequently located in Henline's vehicle during the execution of a search
28  warrant, discussed below.) The subject set the purchased items, which were contained in

Complaint- 14
*United States v. Henline*, USAO 2022R00471

a blue plastic bag, on the floor near the main entry door and walked out of view from the camera. The subject then returned to register and purchased gallon jugs of bleach and ammonia with a card at approximately 5:11 p.m. on April 6, 2022 (*Figure 6*). SJCSO Deputy Brandt, who has had prior law enforcement contact with Henline, reported that she was off duty at approximately that time and observed Henline in the cleaning product aisle.



*Figure 6*

15.     ATF agents also reviewed surveillance footage from the nearby Little Store, located at 285 Spring Street, Friday Harbor, Washington, about two blocks from the scene of the fire on the same street. The footage showed a subject purchasing an 8-ounce yellow bottle of Ronsonol lighter fuel at 9:53 p.m. (i.e., eleven minutes before the fire began) on April 6, 2022 (*Figures 7 and 8*). The subject paid $5.00 in cash for the bottle. The subject appeared to be wearing the same clothes as the subject identified as Henline from the later ferry footage. Additionally, the subject is wearing a fixed-blade knife in a holster on his left hip and a distinctive tooth-shaped necklace; an unusual club-like object also appeared to be attached to the subject's backpack (*Figure 9*). Agents

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

compared this footage from the Little Store with Henline's publicly accessible Facebook page. The distinctive tooth-shaped necklace and the club-like object are visible in both (*Figures 10 and 11*).



*Figure 7*

Complaint- 16
*United States v. Henline*, USAO 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



*Figure 8*

*Figure 9*

Complaint- 17
*United States v. Henline*, USAO 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13



**Figure 10**

14
15
16
17
18
19
20
21
22
23
24
25
26



**Figure 11**

27
28

Complaint- 18
*United States v. Henline*, USAO 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

16.     ATF agents reviewed surveillance footage from cameras placed in public areas by the Town of Friday Harbor. That footage showed Henline at 9:55 p.m. (i.e., two minutes after purchasing lighter fuel and nine minutes before the fire began) walking along Sunshine Alley, away from the Little Store, and walking through the alley between the Palace Theatre and the Bait Shop, both of which are located on Spring Street, approximately 450 feet southwest of the fire scene. At approximately 9:56 p.m. (three minutes after buying the lighter fuel and eight minutes before the fire began), Henline crossed Spring Street, passed King's Market, and continued walking in the direction of Crystal Seas Kayaking.



*Figure 12*

17.     To recap the timeline of Henline's movements on April 6, 2022:

Complaint- 19
*United States v. Henline*, USAO 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- 5:04 p.m.: Henline purchased candy and energy drinks at King's Market.
- 5:11 p.m.: Henline purchased bleach and ammonia at King's Market.
- 7:15 p.m. (approximately): Deputy Holt served Henline with the trespass notice at Washington State Ferries Lot C.
- 7:50 p.m.: Henline walked to Friday Harbor Ice Cream Co. and went to the lower deck; he appeared to be carrying a backpack and rolling a suitcase.
- 8:10 p.m.: Henline walked up the stairs from the deck area without the suitcase and traveled southwest towards Cask and Schooner Public House. Henline appeared to be carrying a backpack.
- 8:24 p.m. to 9:37 p.m.: Henline made several trips to and from the Friday Harbor Ice Cream Co. lower deck.
- 9:53 p.m.: Henline purchased Ronsonol lighter fuel from the Little Store.
- 9:55 p.m.: Henline walked along Sunshine Alley, away from the Little Store, and through the alley between the Palace Theatre and the Bait Shop to Spring Street.
- 9:56 p.m.: Henline crossed Spring Street, passed King's Market, and continued to travel towards the area of Crystal Seas Kayaking.
- 10:04 p.m.: Windermere Real Estate surveillance footage captured a bright 30-second flash in the area of Crystal Seas Kayaking, marking the ignition of the ignitable liquid and the beginning of the fire.
- 10:05 p.m.: Henline walked from the corner of Cask and Schooner to the Friday Harbor Ice Cream Co. lower deck.
- 10:06 p.m.: Henline obtained the suitcase from the lower deck area of Friday Harbor Ice Cream Co.
- 10:12 p.m.: Henline walked towards the ferry's walk-on passenger loading area.
- 10:24 p.m.: Henline boarded the ferry bound to Anacortes.

Complaint- 20
*United States v. Henline*, USAO 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    • 11:57 p.m.: Henline disembarked the ferry in Anacortes.

2    • 12:04 a.m.: Henline entered a dark-colored sedan and departed the ferry lot.

3    18.    Through reviewing multiple surveillance videos, investigators did not

4  observe much foot traffic in the area of Spring Street near Crystal Springs Kayaking on

5  April 6, 2022, especially after 9:00 p.m.

6                          <u>Vehicle Search Warrant</u>

7    19.    On April 11, 2022, after identifying Henline as the probable suspect, ATF

8  SA Michelin looked for the light-green, 1999 Mercury Villager minivan with Washington

9  license plate BLG0649, the same vehicle in which Deputy Holt contacted Henline on

10 April 6, 2022. Agent Michelin found it at approximately 8:50 a.m. parked in the Friday

11 Harbor Washington State Ferries Commuter Parking Lot C, in the area of Nichols Street

12 East and B Street, where Deputy Holt had contacted Henline. Subsequent checks of

13 Washington Department of Licensing (DOL) records showed the vehicle was registered

14 to Dwight C. Henline.

15   20.    At approximately 9:12 a.m., two of the investigators assigned to this case,

16 ATF SA Heller and SJCSO Detective Peter, went to Lot C and observed the same

17 minivan. Agent Heller and Detective Peter looked through the vehicle's windows but did

18 not open any doors or windows. They observed that the vehicle was packed very full of

19 miscellaneous belongings. A black pistol holster was visible on the driver's seat near the

20 center armrest. Due to Henline's conviction for Assault 4 Domestic Violence, he was not

21 eligible to possess firearms under state law. They also saw a plastic jug partially full of

22 liquid on the driver's floorboard. No markings were visible on the container. They saw a

23 BIC brand lighter in an open compartment on the driver's door near the window controls.

24 SA Heller took photographs of the vehicle and the items of interest. The vehicle was

25 subsequently impounded and secured at the SJCSO lot; it was not operable.

26   21.    On the same day, at approximately 10:00 p.m., agents executed a search

27 warrant obtained from the San Juan County Superior Court on Henline's 1999 Mercury

28 Villager minivan. Among other items, investigators recovered a King's Market receipt

Complaint- 21
*United States v. Henline*, USAO 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

dated April 6, 2022, at 17:05:38, documenting a purchase of two energy drinks and M&Ms; multiple lighters; charcoal lighter fluid; an aluminum bat with screws attached; and gasoline samples from a gas can. (Note: The charcoal lighter fluid and the gas can were both located in the back seat under belongings and were not immediately accessible.)

### Phone contact with Henline

22.     On April 13, 2022, Agent Heller and Detective Peter contacted Henline's mother J. Harrop in unincorporated Island County. She confirmed (360) 544-2519 was the current cell phone number for Henline, and that she was his mother. She further stated Henline was not at her home, but was elsewhere on Whidbey Island. J. Harrop said Henline had called her around 7:00 p.m. on Wednesday (April 6, 2022), and she picked him up from the ferry in Anacortes. J. Harrop said Henline was "done" with being in Friday Harbor and was upset with his former roommate "E." J. Harrop stated that Henline stayed at her house located in Oak Harbor, Washington, from the time she picked him up from the ferry in the early morning hours of April 7, 2022, until April 12, 2022, when she stated she drove Henline to her parents' (Henline's grandparents') residence in Langley, Washington. A search of Washington State Driver's records showed Henline has a listed address in Langley, Washington. A search of Island County Assessor's records showed that that property was owned by William (W.) Harrop. A public records search showed W. Harrop was 80 years old and a relative of J. Harrop and Henline. Information obtained from Island County Sheriff's Office (ICSO) indicated that J. Harrop was also associated with that address.

23.     Later, on April 13, 2022, Agent Heller and Detective Peter called Henline on the number they obtained from SCJSO records that his mother had confirmed. They advised Henline that their conversation was being recorded. Henline stated that he had left Friday Harbor and was "done with that place." Henline confirmed that he had had contact with a SJCSO deputy who had served him with a trespass notice.

Complaint- 22
*United States v. Henline*, USAO 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   24.   Henline claimed that after his contact with the deputy, he had played an

2   augmented reality type game on his phone, of a type similar to the popular game

3   Pokémon Go. He said this game involved moving around and finding things. Henline

4   said he was in the area of the high school and a bench near Key Bank and when playing

5   the game. Henline said the only business he entered was the Little Store. He said at the

6   Little Store he purchased non-alcoholic drinks. Henline denied purchasing any lighters or

7   lighter fluid and also said he did not see anyone else purchasing lighters or lighter fluid

8   that day. Henline said he then picked up a chicken wrap from Haley's. Haley's Sports

9   Bar & Grill is located at 175 Spring Street, Friday Harbor, Washington, and is across the

10  street and a block away the scene of the fire. Henline said he decided not to eat in the

11  restaurant because they appeared to be about to close. (Note: Surveillance footage

12  showed Henline departing Haley's at approximately 9:09 p.m.)  Henline said he then

13  walked down towards the ferry terminal. He said he walked on the Haley's and Chinese

14  pizza restaurant side of the street. (This would be the southeast side of Spring Street,

15  across the street from the scene of the fire. Although earlier video showed Henline

16  walking down this side of the street, the video from immediately before the fire was

17  ignited and after the fire was ignited when he was heading to the ferry showed him on the

18  opposite side of the street, where Crystal Seas Kayaking and the other businesses that

19  burned were located.) Henline said that as he walked by, he saw some people outside of

20  Herb's Tavern. He estimated this was about 9:30 p.m. Henline said he ate his food and

21  had a cigarette near an ice cream shop where he could watch for the ferry to arrive.

22  Henline said he did not walk behind any buildings or go anywhere else because he was

23  trying to catch the ferry.

24                          Search of residence associated with Henline

25  25.   On April 14, 2022, Detective Peter obtained a real-time location warrant for

26  the cell phone with phone number (360) 544-2519. Location data obtained on April 14,

27  2022, showed cellular phone locations between Langley and Freeland, Washington, on

28  Whidbey Island. At approximately 4:30 a.m. on April 15, 2022, the data showed no

Complaint- 23
United States v. Henline, USAO 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   location, indicating the phone was off or in an area with no service. On April 15, 2022, at

2   approximately 1:13 p.m., agents began to receive location data again in 15-minute

3   intervals (sometimes called pings), as is common. The location data varied in precision

4   and did not pinpoint an exact location. However, Henline's grandparents' address was in

5   the area of the pings on the afternoon of April 15, 2022, with a ping at 3:14 p.m. centered

6   less than 200 feet from Henline's last known address.

7        26.     On April 15, 2022, at approximately 5:34 p.m., SJCSO, ATF, the Island

8   County Sheriff's Office (ICSO), and Langley Police served a San Juan County Superior

9   Court search warrant on the residence in Langley, Washington, associated with Henline

10  and his grandparents. The occupants of the residence, William and Susan Harrop, were

11  identified as Henline's grandparents. W. Harrop confirmed that Henline came to the

12  home approximately two-and-a-half days prior and had been staying exclusively in a

13  spare bedroom in the southeast corner of the residence. W. Harrop advised Henline left

14  the residence approximately thirty minutes prior to the investigators' arrival.

15       27.     During the execution of the search warrant, agents found the following

16  items: an 8-ounce yellow Ronsonol lighter fuel container, consistent with the one that

17  Henline purchased from the Little Store right before the fire began, that was mostly

18  empty; several BIC lighters; clothing consistent with what was worn by Henline in the

19  various surveillance videos collected during the investigation; and a black suitcase also

20  consistent with what was seen in the surveillance footage. Agents also found a black cell

21  phone that they determined was Henline's and seized it pursuant to the search warrant.

22       28.     Following the execution of the residence search warrant, agents obtained a

23  state arrest warrant. Langley Police Department officers ultimately located and arrested

24  Henline in Langley on April 16, 2022.

25                                    Lighter fuel

26       29.     Investigators purchased Ronsonol lighter fuel from the Little Store for

27  $4.87. They compared the Ronsonol lighter fuel container that they purchased to the

28  Ronsonol lighter fuel container they recovered during the search warrant; the two

containers appeared to be identical. During the examination of the bottle recovered from Henline's room, a set of printed characters were observed on the bottle: "102819621UV!" (***Figure 13***). During the examination of the bottle purchased from The Little Store by the investigators, the same set of printed characters ("102819621UV!") were observed on the bottom.



***Figure 13***

30.     The Ronsonol lighter fuel bottle indicated that when new it contained 237 mL of product. Investigators measured the contents of the bottle recovered from Henline's room during the search warrant. Approximately 30 mL remained in it.

Complaint- 25
*United States v. Henline*, USAO 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

***Figure 14***

31.     Ronsonol lighter fuel is commonly used to fill refillable lighters. It is marked as being "extremely flammable." During the executions of the search warrant of the residence and Henline's minivan, no refillable lighters were recovered. All the lighters recovered from the vehicle and the residence were of a disposable type.

<u>Activities affecting interstate commerce</u>

32.     The primary buildings and businesses damaged or destroyed in the fire in Friday Harbor, Washington were:

• 40 Spring Street: Crystal Seas Kayaking, San Juan Property Management, and San Juan Excursions

• 50 Spring Street: Windemere Real Estate

• 70 Spring Street: Crow's Nest Coffee

• 80 First Street South: Herb's Tavern

Complaint- 26
*United States v. Henline*, USAO 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

33.     Fire investigators determined that the fire started in the decked area attached to 40 Spring Street. Investigators interviewed the owners of that building and the businesses that are based in it.

34.     Crystal Seas Kayaking offers sea kayaking trips and bicycle tours in the San Juan Islands. Friday Harbor and San Juan Island generally are tourist destinations, and tourism is a major business in the town and region. The owners of Crystal Sea Kayaking explained that it is common for individuals who reside outside of the state of Washington and even outside of the United States to travel to Friday Harbor and take their biking or kayaking tours. The owners are aware of the states and countries of residence of their guests from having conversations with them, as well as from reviewing addresses the guests listed on waiver forms. Crystal Seas Kayaking maintains a website that it uses for advertising and booking, uses Google advertisements, and offers remote tour bookings via the phone and internet. Crystal Seas Kayaking accepts major credit cards via the credit card processing company Heartland. From prior experience serving court orders and from open-source research, I am aware that Google is headquartered in California and Heartland is headquartered in Oklahoma.

35.     San Juan Excursions offers wildlife and whale watching tours. Like Crystal Seas Kayaking, the owners are aware that guests travel from out of the state and out of the country. Again, this knowledge comes from conversations with the guests and from reviewing addresses the guests listed on waiver forms. San Juan Excursions also offers remote tour bookings via phone and internet and accepts credit card payments via credit card processor Heartland.

36.     San Juan Property Management manages vacation rentals on San Juan Island and Orcas Island. As with the other two above businesses, the owners are aware that it is common for individuals who reside outside of the State of Washington, including outside of the United States, to travel the San Juan Islands and stay in managed vacation rentals. This knowledge comes from conversations with guests as well as from reviewing booking information. San Juan Property Management books rental units

1  through its own website, through VRBO, and through AirBnB. Credit cards are accepted

2  through either VRBO, Air BnB, or the credit card processor Vacation Rent Payment.

3  Open-source research indicates that VRBO is headquartered in Texas, and Airbnb and

4  Vacation Rent Payment are headquartered in California.

5      37.     Also, Windermere Real Estate manages vacation rentals, in addition to

6  selling real property. Crow's Nest Coffee and Herb's Tavern are restaurants.

7                          **CONCLUSION**

8      38.     Based on the above facts, I respectfully submit that there is probable cause

9  to believe that DWIGHT CHRISTIANSON HENLINE did commit *Arson*, in violation of

10  Title 18, United States Code, Section 844(i).

11

12  NATALIA                     Digitally signed by NATALIA
                                VOROTNIKOVA
    VOROTNIKOVA                 Date: 2022.04.27 17:05:27 -07'00'

13  _____

14  NATALIA VOROTNIKOVA,
    Complainant

15  Special Agent, Bureau of Alcohol,

16  Tobacco, Firearms, and Explosives

17

18      Based on the Complaint and Affidavit, to which the above-named agent provided

19  a sworn statement attesting to the truth of the contents of such, the Court hereby finds

20  that there is probable cause to believe the defendant, DWIGHT CHRISTIANSON

21  HENLINE, committed the offense set forth in the Complaint.

22

23      Dated this 28th day of April, 2022.

24

25

26  _____

27  S. KATE VAUGHAN
    United States Magistrate Judge

28

Complaint- 28
*United States v. Henline*, USAO 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970